ACCEPTED
06-15-00049-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/23/2015 2:40:36 AM
DEBBIE AUTREY
CLERK

No. 06-15-00049-CV

In the Sixth District Court of
Appeals at Texarkana

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

10/23/2015 2:40:36 AM

DEBBIE AUTREY
Clerk

## Christina Marente, et al, Appellants

**v.**

## Eunice Asah and Epic Health Services, Inc., Appellees

On Appeal from Cause Number 86812
From the 40th Judicial District Court of Ellis County, Texas
Hon. Bob Carroll, Presiding

## Appellees' Unopposed Motion for Extension of Time

Appellees Eunice Asah and Epic Health Services, Inc. seek an unopposed 30-day extension to file their Joint Brief so that it would be timely filed if filed on or before December 11, 2015.

1.    Appellees' Brief is currently due on November 11, 2015.

2.    Appellees seek a 30-day extension, so that their Brief would be timely filed if filed on or before December 11, 2015. Counsel for Eunice Asah and counsel for Epic Health Services, Inc. conferred with counsel for Marente regarding the extension, and Marente is not opposed to the requested extension.

3.    Neither Eunice Asah nor Epic Health Services, Inc. has previously requested an extension of this deadline.

APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME - 1

4.      Good cause exists to extend this deadline.     Personal and work commitments have interfered with counsel's ability to complete the Brief within the current deadline, including:

a.      Counsel for Eunice Asah will be engaged in the following tasks:

i.      preparing for and taking an out-of-town deposition on October 19, 2015, of a nationally regarded expert witness in an alleged birth injury case that involves hundreds of peer-reviewed articles;

ii.      preparing for and attending hearings on October 23, 2015, related to the designation of responsible third parties;

iii.      traveling on a brief weekend trip with family from October 23 to October 25, 2015;

iv.      responding by October 27, 2015, to a petition for writ of mandamus in the Fifth District Court of Appeals at Dallas, Texas

v.      preparing for and taking an out-of-town deposition on October 29, 2015, of the opponent's only expert witness in an anesthesia-complication case;

vi.      responding by November 2, 2015, to a petition for review in the Supreme Court of Texas;

vii.      attending a CLE event (that his firm is sponsoring) of the appellate section of the Dallas Bar Association on November 5, 2015; and

viii.    attending an out of town CLE event from November 12 to 15, 2015.

b.    Additionally, Appellees plan to file a joint brief that will be researched and initially drafted by counsel for Asah (with input from counsel for Epic) and then jointly reviewed and revised. The effort to file a joint brief will streamline the process for the appeal in that Appellees will only have one brief instead of two, resulting in judicial efficiency. And this process – with counsel for Asah taking the lead role in drafting – was contemplated by the trial court when it awarded appellate attorneys' fees, awarding substantially more fees to counsel for Asah. But due to counsel for Asah's schedule, this process cannot be completed by the current deadline.

5.    These reasons constitute good cause to justify an extension of the briefing deadline. A reasonable cause justifying an extension of time in this context has been described as "any plausible statement of circumstances indicating the failure to file within the [briefing] period was not deliberate or intentional." *Hone v. Hanafin*, 104 S.W.3d 884, 886 (Tex. 2003). The nature of the legal question presented and counsel's other commitments demonstrate that any failure to complete the Response to Appellants' Brief on time is not or will not be deliberate or intentional.

6.    This Motion is not sought solely for delay but so that justice may be served.

Wherefore, Appellees pray that the Court grant their requested 30-day extension to file their Brief in this matter so that the Court deems the Brief timely filed if filed on or before December 11, 2015, and for such other relief to which Appellees may be entitled.

Respectfully submitted,

/s/ David M. Walsh IV
**DAVID M. WALSH IV**
State Bar No. 00791874
dmwalsh@chambleeryan.com
**CHAMBLEE, RYAN, KERSHAW & ANDERSON, P.C.**
2777 Stemmons Freeway, Suite 1157
Dallas, Texas 75207
(214) 905-2003 – Telephone
(214) 905-1213 – Facsimile

**ATTORNEYS FOR APPELLEE**
**EUNICE ASAH, R.N.**

/s/ Winston Borum
**WINSTON L. BORUM**
State Bar No. 02675500
borum@borumhancock.com
**BORUM & HANCOCK, L.L.P.**
801 Cherry Street, Suite 2485
Fort Worth, TX 76102
(817) 336-4100, ext. 1 – Telephone
(817) 336-4141 – Fasimile

**ATTORNEYS FOR APPELLEE**
**EPIC HEALTH SERVICES, INC.**

## CERTIFICATE OF CONFERENCE

I certify that I contacted Appellant's counsel Douglas T. Floyd regarding the requested 30-day extension of the deadline to file the Appellees' Brief, and Mr. Floyd stated that he was not opposed to the requested extension.


    /s/ David M. Walsh IV
**DAVID M. WALSH IV**

## CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of October, 2015, a true and correct copy of this motion was served on counsel for Appellant through the e-filing system and by email:

Douglas T. Floyd
6521 Preston Road, Suite 100
Plano, TX 75024
lawyerfloyd@aol.com

Winston L. Borum
Borum & Hancock, L.L.P.
801 Cherry Street, Suite 2485
Fort Worth, TX  76102
borum@borumhancock.com


    /s/ David M. Walsh IV
**DAVID M. WALSH IV**